UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANET NOORTHOEK,  )
       Plaintiff,  )
  )   No. 1:12-cv-315
-v-  )
  )   HONORABLE PAUL L. MALONEY
PALLISADES COLLECTION SERVICES,  )
       Defendant.  )
  )

## JUDGMENT

Having granted Defendant's motion for judgment on the pleadings, under Fed. R. Civ. P. 58,

**JUDGMENT** enters in favor of Defendant and against Plaintiff.

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date:  June 6, 2012                                  /s/ Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              Chief United States District Judge