UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JANET NOORTHOEK,<br>    Plaintiff,<br><br>-v-<br><br>PALLISADES COLLECTION SERVICES,<br>    Defendant. | No. 1:12-cv-315<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted Defendant's motion for judgment on the pleadings, under Fed. R. Civ. P. 58,

**JUDGMENT** enters in favor of Defendant and against Plaintiff.

   **THIS ACTION IS TERMINATED.**

   **IT IS SO ORDERED.**

Date:  June 6, 2012                                                  /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           Chief United States District Judge